1  J. Grace Felipe (SBN: 190893)
   felipeg@cmtlaw.com
2  Tamar Gabriel (SBN: 266860)
   gabrielt@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   COLLECTO, INC. d/b/a
7  EOS CCA

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11

12

13
   WANDA ROGERS,                )   CASE NO.  '14CV2287 GPC NLS
14                              )
              Plaintiff,        )
15                              )
                                )
16                              )
       vs.                      )
17                              )   NOTICE OF REMOVAL
                                )
18                              )
   EOS CCA                      )
19                              )
              Defendant.        )
20                              )
                                )
21                              )
                                )
22                              )
                                )
23
                    DEFENDANT'S NOTICE OF REMOVAL
24
        Defendant COLLECTO, INC. d/b/a EOS CCA hereby files this notice of
25
26 removal under 28 U.S.C. §1446(a).

27
28 ///

{00022462;1}                         1

NOTICE OF REMOVAL

# INTRODUCTION

1. Defendant is COLLECTO, INC. d/b/a EOS CCA ("Defendant"); Plaintiff is WANDA ROGERS ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on July 21, 2014 in the Superior Court of California, County of San Diego, Small Claims Court, Case No. 37-2014-00308997-SC-SC-CTL. A true and correct copy of Plaintiff's Claim and Order to go to Small Claims Court is attached hereto as Exhibit "A."

3. On August 27, 2014, the Claim and Order to go to Small Claims Court was initially served on the California Secretary of State. When service has been made upon the Secretary of State rather than Defendant's agent for service of process, service is deemed complete on the 10th day after delivery of the process to the Secretary of State. See California *Corporations Code* Section 1702(a). Thus, the date that service was deemed complete was September 6, 2014 (10 days after August 27, 2014),

4. As service was deemed complete on September 6, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

///

///

## A. BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Claim involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff alleged that Defendant "failed to notify consumer of my right to dispute and obtain verification of my debt, and to obtain the name of the original creditor. 809. Validation of debts {15 USC 1692g} and Rosenthal Fair Debt Collection Practices Act." (¶ 3 of Exhibit "A"). Therefore, Plaintiff's claims arise under the FDCPA and this is an action in which this Court has original jurisdiction under 28 U.S.C. § 1331. Thus, Plaintiff's claim may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## B. JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

## C. CONCLUSION

9.   Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

DATED: September 25, 2014        CARLSON & MESSER LLP

By: /s/ Tamar Gabriel
J. Grace Felipe
Tamar Gabriel
Attorneys for Defendant,
COLLECTO, INC. d/b/a EOS CCA

{00022462;1}

4